William O. Stein (SBN 150124)
Katrina W. Forsyth (SBN 287299)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, CA 90067
Telephone: 310-556-8861
Facsimile: 310-553-2165
wstein@ebglaw.com
kforsyth@ebglaw.com

Attorneys for Plaintiff
BETTER FINANCIAL GROUP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BETTER FINANCIAL GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>AEM LOAN CORPORATION, SEMIN VALANI, and VIRAL VORA,<br><br>    Defendants. | Case No. 5:19-cv-00608-NC<br><br>[Hon. Nathanael M. Cousins, Ctrm 5]<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff BETTER FINANCIAL GROUP dismisses this action without prejudice, as Defendants AEM LOAN CORPORATION, SEMIN VALANI, and VIRAL VORA have not yet filed an Answer or motion for summary judgment in this matter.

DATED: June 26, 2019

By: 

EPSTEIN BECKER & GREEN, P.C.
/s/ William O. Stein
William O. Stein
Katrina W. Forsyth
Attorneys for Plaintiff
BETTER FINANCIAL GROUP